

December 15, 2022

<u>BY ECF AND E-MAIL</u>

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

      RE: Case 1:22-cv-9410 (JPC) / Orgill v. Better Holdco, Inc.

Dear Judge Cronan:

      We represent Defendant Better Holdco, Inc. ("Better") in the above-referenced case, and write in connection with the December 19, 2022 conference, scheduled by the Court yesterday, to discuss Better's proposed motion to dismiss. Unfortunately, I will be traveling between December 16th and December 19th and will be on an airplane at 4:00 p.m. on December 19th. I have conferred with Plaintiff's counsel, and, if acceptable and convenient for the Court, he and I are both available December 20th, 21st or 22nd. I thank the Court for its understanding.

      Respectfully Submitted,

      _____
      Jason H. Berland
      One Zero Capital, LLC
      1 World Trade Center - 85th Floor
      New York, New York 10007
      *jason@onezerocapital.com*

cc:  All Counsel of Record (via ECF)

The request is granted. The conference scheduled for December 19, 2022 is adjourned until December 21, 2022 at 10:00 a.m.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 14.

SO ORDERED.
Date:  December 15, 2022
New York, New York

JOHN P. CRONAN
United States District Judge