UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMMON ORGILL,

    Plaintiff,

-against-

BETTER HOLDCO, INC.,

    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/07/2023
```

22-CV-09410 (JPC) (BCM)

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The settlement conference before Magistrate Judge Barbara Moses now scheduled for February 16, 2023, at 2:15 p.m., is hereby ADJOURNED to **April 20, 2023, at 2:15 p.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007. The parties shall submit their confidential settlement letters, in accordance with ¶ 3 of Judge Moses's January 3, 2023 Order (Dkt. 17), no later than **April 13, 2023**. All other provisions of the January 3 Order remain in effect.

    This Order resolves the motion at Dkt. 19.

Dated: New York, New York
       February 7, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**