UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMMON ORGILL,

   Plaintiff,

 -against-

BETTER HOLDCO, INC.,

   Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/28/2023
```

22-CV-09410 (JHR) (BCM)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

The settlement conference before Magistrate Judge Barbara Moses now scheduled for April 20, 2023, at 2:15 p.m., is hereby RESCHEDULED to **April 12, 2023, at 2:15 p.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007. The parties shall submit their confidential settlement letters, in accordance with ¶ 3 of Judge Moses's January 3, 2023 Order (Dkt. 17), no later than **April 5, 2023**. All other provisions of the January 3 Order remain in effect.

Dated: New York, New York
   February 28, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**